# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

TIANNA GRAY
Plaintiff

v.

Civil Action No.

WALMART, INC.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

WALMART, INC.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Wal-Mart Stores, Inc. is a publicly held corporation, has no parent corporations, and no publicly held corporation owns 10% or more of its stock. Wal-Mart Stores Texas, L.L.C. is a Delaware limited liability corporation and a wholly owned subsidiary of Wal-Mart Stores, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff Tianna Gray, and her counsel Seth P. Crosland, Crosland Law Firm, PLLC, 1848 Norwood Plaza, Suite 205B, Hurst, Texas 76054, Telephone: (972) 591-6919

Defendant Wal-Mart Stores Texas, LLC, and counsel Derek S. Davis and S. Hunter Walton, Cooper & Scully, P.C., 900 Jackson Street, Suite 100, Dallas, TX 75202, Telephone: (214) 712-9500

| | |
|---|---|
| Date: | 05/24/2019 |
| Signature: | /s/ Derek S. Davis |
| Print Name: | Derek S. Davis |
| Bar Number: | 00793591 |
| Address: | 900 Jackson, Suite 100 |
| City, State, Zip: | Dallas, TX 75202 |
| Telephone: | 214-712-9500 |
| Fax: | 214-712-9540 |
| E-Mail: | derek.davis@cooperscully.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons