IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIANNA GRAY,<br><br>　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES TEXAS, LLC,<br><br>　　Defendant. | Case No. 3:19-cv-1255-K-BT |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated November 6, 2020. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

Signed December 11, 2020.

_/s/ Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1